**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00267-CV**
_____

**WENDELL LAYMAN, Appellant**

**V.**

**SAND MAN TRUCKING, LLC, Appellee**

_____

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 23DCCV0633**
_____

**MEMORANDUM OPINION**

Wendell Layman, Appellant, filed an Agreed Motion to Dismiss and Notice of Settlement. Appellant states that the parties have fully compromised and settled all issues in dispute. Appellant asks this Court to set aside all previous orders and judgments in the underlying case as moot. The Appellee, Sand Man Trucking, LLC, agreed to the motion and to the relief sought therein. In accordance with the agreement of the parties, we vacate the trial court's judgment in Trial Cause Number

1

23DCCV0633 without reference to the merits and dismiss the case as moot. *See* Tex.

R. App. P. 42.1(a)(2).

JUDGMENT VACATED; CASE DISMISSED.

PER CURIAM

Submitted on December 6, 2023
Opinion Delivered December 7, 2023

Before Golemon, C.J., Horton and Wright, JJ.